```
 1  ALEX G. TSE (CABN 152348)
    Acting United States Attorney
 2
    BARBARA J. VALLIERE (DCBN 439353)
 3  Chief, Criminal Division

 4  JULIE D. GARCIA (CABN 288624)
    Assistant United States Attorney
 5
        450 Golden Gate Avenue, Box 36055
 6      San Francisco, California 94102-3495
        Telephone: (415) 436-6758
 7      FAX: (415) 436-7234
        Julie.Garcia@usdoj.gov
 8
    Attorneys for United States of America
 9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Eureka ~~SAN FRANCISCO~~ DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 17-449 RMI-1 |
| Plaintiff, | ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME AND [~~PROPOS~~ED] ORDER |
| v. | ) ) | |
| TIMOTHY LYNN HOWARD, | ) ) | |
| Defendant. | ) ) | |

**STIPULATION**

The above-captioned matter is currently set for a status conference on January 22, 2018, at 1:00 pm. The parties now stipulate and respectfully request that the status conference be continued until March 12, 2018. The parties are engaged in productive discussions regarding the resolution of the case and anticipate that the defendant will be ready to enter a change of plea on that date.

The parties further stipulate that the time between January 22, 2018, and March 12, 2018, be excluded under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B). Excluding such time will allow counsel the reasonable time necessary for effective preparation, taking into account

//

STIPULATION TO CONTINUE AND TO EXCLUDE TIME AND [~~PROPOSED~~] ORDER
CR 17-449 RMI-1

1

the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO STIPULATED.

DATED: January 19, 2018  ALEX G. TSE
Acting United States Attorney

          /s/
JULIE D. GARCIA
Assistant United States Attorney

DATED: January 19, 2018

          /s/
GRACE DiLAURA
Counsel for Defendant
TIMOTHY LYNN HOWARD

## [PROPOSED] ORDER

Based on the parties' stipulation, the Court hereby ORDERS that the status conference currently set for January 22, 2018, at 1:00 pm, be continued to March 12, 2018, at 1:00 pm.

The Court finds that the exclusion of the period from January 22, 2018, to March 12, 2018, from the time limits applicable under 18 U.S.C. § 3161, is warranted; that the ends of justice served by the continuance outweigh the interests of the public and the defendant in the prompt disposition of this criminal case; and that the failure to grant the requested exclusion of time would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. See 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: 1/19/2018
_____
HON. ROBERT M. ILLMAN
United States Magistrate Judge

STIPULATION TO CONTINUE AND TO EXCLUDE TIME AND [PROPOSED] ORDER
CR 17-449 RMI-1

2